■ Gail K. Rogal, Individually and as Coexecutrix of Martin Kraus, Deceased, Appellant, v Jerome Wechsler et al., Respondents.—Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered November 18, 1986, unanimously affirmed, without costs and without disbursements. *(See,* 135 AD2d 384, decided simultaneously herewith.)* No opinion. Concur—Ross, J. P., Carro, Asch, Kassal and Smith, JJ.